UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE LEE PAYMENT,

        Plaintiff,

v.

CHERYL ROIKO, et al.,

        Defendants.

CASE NO. C14-5633 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' Motion for Summary Judgment (Dkt. 14) is **GRANTED;** Plaintiff's claims against Defendants are **DISMISSED with prejudice**.

Dated this 10th day August, 2015.

                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER